## PROBATE JUDGES—FEES.

[Wayne Circuit Court.]

### *H. B. SWARTZ v. WAYNE COUNTY (COMRS.).

1. SOCIAL STATISTICS—NO ADDITIONAL FEES ALLOWED FOR MAKING.

A probate judge is not entitled to additional fees for making out reports of social statistics of his county. He is required to perform such services without extra compensation.

2. MONEY ILLEGALLY PAID MAY BE RECOVERED.

Money illegally paid to a probate judge for making out reports of social statistics may be recovered back.

Action to recover money paid as illegal fees to probate judge for making out report of social statistics of Wayne county, amounting to nearly $500, on the ground that the probate judge is required to perform such services without compensation. Judgment in favor of the county.

---

*Affirmed by the Supreme Court without report, May 5, 1896, 54 Ohio St. 669. For additional information concerning points determined in this case, see State v. Lewis, *post* 597.